UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DOUGLAS LELAND MAURICE CROSBY,<br><br>Defendant. | Case No. 3:20-cr-00019-MMD-CLB<br><br>ORDER |

The Court granted Defendant John Douglas Leland Maurice Crosby's motion for competency evaluation under 18 U.S.C § 4241. (ECF No. 35.) The Court ordered that Crosby be transported to a suitable BOP facility that conducts psychological evaluations for psychiatric or psychological evaluation to determine whether Crosby may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense. (*Id.*) Crosby was transported to the BOP's Metropolitan Detention Center in San Diego ("MCC") for evaluation. (ECF No. 37.) MCC's Warden submitted forensic evaluation ("Report"). (ECF No. 43.) Based on the available information, including the examiner's observation of Crosby and available information relating to Crosby, the examiner opined that "there is not enough information available at this time to provide the Court with conclusive opinion but the greater weight of evidence suggests the presence of mental illness." (*Id.* at 6.)[1] The examiner goes on to recommend

---

[1] The Court directs the Report to be filed under seal because it contains sensitive medical information. However, the Court does not find it necessary to seal this Order since the quoted excerpts from the Report involve more generalized observations and opinion.

that Crosby "be transferred to a Federal Medical Center for a longer period of observation and treatment in hopes that this leads to a more well-informed clinical picture." (*Id.*) Based on the Report, the Court finds by preponderance of the evidence that Crosby is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

It is therefore ordered, pursuant to 18 U.S.C. § 4241(d), that Defendant be committed to a suitable BOP medical center for such a reasonable period of time, not to exceed four months, as is necessary for further observation and treatment, and for an additional reasonable period until: (1) his mental condition is so improved that trial may proceed, if the Court finds that there is a substantial probability that, within such additional period of time, he will attain the capacity to permit the proceedings to go forward; or (2) the pending charge against him is disposed of according to law; whichever is earlier.

DATED THIS 24th Day of March 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE