1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DOUGLAS LELAND MAURICE CROSBY,

        Defendant.

Case No. 3:20-cr-00019-ART-CLB

**ORDER GRANTING**

**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**
**(FIRST REQUEST)**

    IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender KATE BERRY, counsel for DOUGLAS LELAND MAURICE CROSBY and United States Attorney JASON M. FRIERSON, Assistant United States Attorney MEGAN RACHOW, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for August 6, 2024, at 11:00 AM, be vacated and continued to August 12, 2024, at 2:00 PM.

    This Stipulation is entered into for the following reasons:

1.    Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.    Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.    The defendant is currently detained and consents to the continuance.

4.    The parties agree to the continuance.

5.    This is the first request for a continuance.

DATED this 25th day of July, 2024.

RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                         United States Attorney

By  /s/ Kate Berry                                    By   /s/ Megan Rachow
    KATE BERRY                                           MEGAN RACHOW
    Assistant Federal Public Defender            Assistant United States Attorney
    Counsel for DOUGLAS CROSBY                 Counsel for the Government

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for August 6, 2024, at 11:00 AM, be vacated and continued to August 12, 2024, at 2:00 PM.

DATED this 29th day of July, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3